**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Ramon Cebreros-Sanchez,<br><br>　　　　　Petitioner,<br><br>v.<br><br>United States of America,<br><br>　　　　　Respondent. | No. CV-21-01799-PHX-DJH<br>No. CR-16-01202-PHX-DJH-1<br><br>**ORDER** |

Before the Court is Petitioner Jose Ramon Cebreros-Sanchez's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (the "§ 2255 Motion") (Doc. 1) and the January 23, 2023, Report and Recommendation ("R&R") issued by Magistrate Judge Eileen S. Willett (Doc. 28). In her R&R, Judge Willett recommends the § 2255 Motion be denied without an evidentiary hearing. (*Id.* at 20). She also recommends that a Certificate of Appealability and leave to proceed *in forma pauperis* be denied because Petitioner has not made a substantial showing of the denial of a constitutional right. (*Id.*)

On February 21, 2023, Petitioner filed a one-page objection to the R&R (Doc. 29) in which he asserts that the R&R did not address one of the six grounds he raised in his § 2255 Motion. Specifically, Petitioner says the R&R failed to address his argument that his counsel's performance was constitutionally deficient for failing to raise the argument that the jury had not found drug quantities that impacted the statutory maximum and mandatory minimum sentence that he received. (*Id.*) The Government filed a Response

to Petitioner's objection (Doc. 30) that points out that the R&R addresses Petitioner's argument at length on pages 14–16.

The Court has reviewed the comprehensive R&R and agrees with the Government. The R&R not only addresses Petitioner's § 2255 argument, it makes a sound recommendation as to why Petitioner's trial and appellate counsel were not deficient in failing to challenge the sentence on appeal. (*See* Doc. 28 at 15–16 (finding that the Court's sentence comported with the Sixth Amendment because "the jury in this case found beyond a reasonable doubt that Count 1 involved more than 500 grams of methamphetamine" and "the Court did not impose sentences on Counts 1 and 2 that exceeded the statutory maximum")). The Court will, therefore, overrule Petitioner's objection, accept the R&R, and dismiss the Petition. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."); Fed.R.Civ.P. 72(b)(3) (same).

Accordingly,

**IT IS ORDERED** that Petitioner's Motion for Ruling (Doc. 31) is **granted** as stated herein. Magistrate Judge Willett's R&R (Doc. 28) is **accepted** and **adopted** as the Order of this Court.

**IT IS FURTHER ORDERED** that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 1) is **denied** and Petitioner's request for an evidentiary hearing is denied. Any request for a Certificate of Appealability and leave to proceed on appeal *in forma pauperis* is denied because Petitioner has not made a substantial showing of the denial of a constitutional right.

/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS FINALLY ORDERED** that the Clerk of Court shall terminate this action and enter judgment accordingly.

Dated this 24th day of September, 2024.

Honorable Diane J. Humetewa
United States District Judge